UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MANUEL LEVY GRIEGO,

    Plaintiff,

v.                                                                     Civ. No. 15-1112 GJF

CAROLYN COLVIN, *Acting Commissioner of the Social Security Administration*,

    Defendant.

## FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order under Federal Rule of Civil Procedure 58, entering judgment for Defendant.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

1